UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALLIFORNIA

CAbi, LLC., a California Limited Liability Company,

Plaintiff,

v.

BERTHA MARTINE, AKA BERTHA M. MARTINE, AKA BERTHA MARINE, AKA BERTHA GOMEZ, AKA BERTHA MARIA GOMEZ, an individual; SILAS MARTINE, AKA SILAS MARINE, an individual; eBAY, INC., a Delaware corporation; THE CABI CLOSET, entity unknown; SMMBMM, entity unknown; SJB FASHIONS, entity unknown; and DOES 1-10,

Defendants.

Case No. CV11-8529 CBM (SSx)

**PERMANENT INJUNCTION AND FINAL JUDGMENT ON CONSENT AS TO DEFENDANTS BERTHA MARTINE AND SILAS MARTINE**

Judge: Hon. Consuelo B. Marshall

Plaintiff CAbi, LLC ("Plaintiff" or "CAbi") commenced this action for an injunction and other relief against, *inter alia*, Defendants BERTHA MARTINE, AKA BERTHA M. MARTINE, AKA BERTHA MARINE, AKA BERTHA GOMEZ, AKA BERTHA MARIA GOMEZ, an individual; SILAS MARTINE, AKA SILAS MARINE, an individual; THE CABI CLOSET, entity unknown and believed to be an alias of Defendant Bertha Martine; SMMBMM, entity unknown and believed to be an

alias of Defendant Bertha Martine; and SJB FASHIONS, also believed to be an alias of Defendant Bertha Martine (collectively, the "Martines" or "Settling Defendants") pursuant to the Lanham Act, 15 U.S.C. §1051, *et seq.*, as amended by the Trademark Counterfeiting Act of 1984, the Copyright Act, 17 U.S.C. §101, *et seq.* and under the laws of the State of California.  In its Complaint, Plaintiff alleges that the Settling Defendants, without CAbi's authorization or permission, have knowingly and willfully used, reproduced and/or copied, and infringed the CAbi Marks and CAbi Designs (as those terms are defined below) by distributing, offering to sell and re-selling in interstate commerce clothing, accessories and related products bearing the CAbi Marks and counterfeit CAbi Marks ("Unauthorized Products").

    The term "CAbi Marks" as used herein means all of the following:

| TRADEMARK | REG./SER. NO. | REG./FILING DATE | CLASS |
|---|---|---|---|
| CABI and Design | 3226900 | Apr. 10, 2007 | 25 |
| CAbi | 3192305 | Jan. 2, 2007 | 25 |
| CABI | 3192304 | Jan. 2, 2007 | 25, 35 |
| CAROL ANDERSON BY INVITATION | 3133821 | Aug. 22, 2006 | 25 |
| CAROL ANDERSON BY INVITATION | 3495335 | Sept. 2, 2008 | 35 |
| CABI CANARY | 3705314 | Nov. 3, 2009 | 25 |
| HEART OF CABI FOUNDATION | 3527127 | Nov. 4, 2008 | 36, 45 |
| SCOOP | 2965045 | July 5, 2005 | 41 |
| FASHION FRIENDS & FUN | 85352589 | June 22, 2011 | 25 |
| FASHION FRIENDS AND FUN | 3872658 | Nov. 9, 2010 | 35 |
| FRIENDS FASHION FUN | 2942112 | April 19, 2005 | 35 |
| FRIENDS FASHION FUN | 2957307 | May 31, 2005 | 25 |
| DO THE SHOWS WEAR THE CLOTHES AND PROPOSE | 2959769 | June 7, 2005 | 25 |

The term "CAbi Designs" as used herein refers to all of the following copyright registrations owned by CAbi:

| TITLE | REGISTRATION NO. |
|---|---|
| Spring 2010 Collection | PA0001690552 |
| Fall 2008 Collection | VAu000993217 |
| Spring 2006 Collection | VA0001351204 |
| Fall 2006 Collection | VAu000738418 |
| Spring 2008 Collection | VAu000968101 |
| CABiOnline.com Spring 2011 | VAu001065197 |
| Fall 2007 Collection | VAu000749898 |
| Spring 2007 Collection | VAu000738409 |
| CabiOnline.com Spring 2010 | VAu001020374 |
| Fall 2009 Collection | VA0001697927 |

Plaintiff and Settling Defendants have entered into a Settlement Agreement and stipulated to entry of a Permanent Injunction and Final Judgment against the Settling Defendants, and having indicated below their consent to the form and entry of this Permanent Injunction and Final Judgment on Consent.

IT IS HEREBY ORDERED, ADJUDGED AND DECREED:

1.  Settling Defendants, their agents, servants, employees, representatives, confederates, affiliates and any other persons or entities acting in concert or participation with them, are permanently enjoined and restrained from:

    a.  selling any CAbi products, in any manner;

    b.  using in any manner the CAbi Marks, alone or in combination with any word or words which so resemble each said trademark as to be likely to cause confusion, or to cause mistake or to deceive on or in connection with the advertising, offering for sale or re-sale, sale or re-sale of any product;

c. offering for sale any product which is substantially similar to any of the CAbi Designs;

d. passing off, inducing, or enabling others to sell or pass off any product for sale or re-sale under the CAbi Marks or which is substantially similar to the CAbi Designs;

e. committing any acts calculated to cause purchasers to believe that Settling Defendants are authorized, approved or connected with CAbi;

f. further diluting and infringing any of the CAbi Marks and damaging CAbi's goodwill;

g. except as provided in paragraph 2 below, receiving, shipping, delivering distributing, returning or otherwise disposing of, in any manner, products or inventory which bear the CAbi Marks;

h. selling, re-selling, consigning or accepting for consignment, donating or otherwise engaging in any form of business using, incorporating or relating to the CAbi Marks, CAbi Designs, CAbi trade name or business; and

i. otherwise competing unfairly with CAbi.

2. That Settling Defendants be required within five days of service of this Injunction to immediately deliver up to CAbi any and all remaining inventory in their possession, custody or control bearing the CAbi Marks or which incorporate any of the CAbi designs, along with a statement to CAbi confirming that they have complied accordingly.

///

///

///

///

///

///

///

IT IS FURTHER ORDERED, that this Court has jurisdiction over the parties, and the subject matter of the action. This Court shall retain jurisdiction to the extent necessary to enforce this Injunction and the Settlement Agreement between the parties, and to determine any issues that may arise under either.

SO ORDERED.

Dated: May 10, 2012

By: ____________________

Hon. Consuelo B. Marshall
U.S. District Court, Central District of California

Respectfully submitted and approved as to form by:

Dated: May 3, 2012

EZRA BRUTZKUS GUBNER LLP

By: /s/ Jeffrey A. Kobulnick
Mark D. Brutzkus
J. Alison Grabell
Jeffrev A. Kobulnick
Attorneys for Plaintiff, CAbi, LLC

Dated: May 3, 2012

STETINA BRUNDA GARRED & BRUCKER

By: /s/ Mark B. Garred
Mark B. Garred
Michael J. Zingale
Attorneys for Defendants Bertha Martine, dba The CAbi Closet, SMMBMM, SJB Fashions and Silas Martine

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28